**FILED**

OCT - 6 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TAHA ELBASIR )
SAADIA MOHAMED IBRAHIM )
A E, A minor child, )
O. E, A minor child, )
O E, A minor child, )
6129 Leesburg Pike, # 901 )
Falls Church, VA 22041 )
)  CASE NUMBER  1:04CV01706
)
)  JUDGE: Paul L. Friedman
       Plaintiffs, )
v. )  DECK TYPE: Contract
)
KINGDOM OF SAUDI ARABIA, )  DATE STAMP: 10/06/2004
)
       Defendants. )

**JURY ACTION**

## COMPLAINT

### I.   INTRODUCTION

COMES NOW Plaintiffs, Taha Elbasir, Saadia Mohamed Ibrahim, A E, A minor child, O E, A minor child, O E, A minor child, through undersigned counsel Maher Hanania for their action against Defendants, The Kingdom of Saudi Arabia.

### I.   JURISDICTION

This action is one in which the Court has original jurisdiction under the provisions of Section 1332 of Title 28 of the United States Code and the nature in controversy exceeds the sum of $75,000.00, exclusive of interest and costs and pursuant to the Foreign Sovereign Immunity Act, 18 U.S.C. § 1964 et seq.

### II.   PARTIES

1. Plaintiffs are resident of the Commonwealth of Virginia

2. Defendant is The Kingdom of Saudi Arabia, a sovereign country.

## III.  FACTUAL ALLEGATIONS

3. That on or about October 7, 1999, Plaintiff Taha Elbasir was injured by a 17 year old Saudi Arabian national in Saudi Arabia.

4. Plaintiff was hit by a vehicle and suffered a severe traumatic brain injury and was unconscious for 2 months.

5. In return for the family not to follow with the prosecution of the 17 year old young man (member of the Royal Family) the government informed Plaintiff and his family that they would pay all his medical expenses and take care of the family until Plaintiff is able to return to work.

6. Plaintiffs and Defendants entered into an agreement in which Plaintiffs would travel to the United States for treatment.

7. On or about April 4, 2002, Plaintiffs were sponsored by the Defendants to come to the United States for medical treatment with all the expenses paid by Defendants government.

8. Plaintiff Taha Elbasir was admitted to Washington DC Hospital for treatment and was making progress when the Defendants stopped making payments to the hospital.

9. On or about July 20, 2002, Defendant stopped making payments to the hospital before the treatment was complete and the hospital demanded the family to leave.

10. Plaintiffs were thrown out on the street for two days, slept on the street, before the hospital took them back.

11. On or about October 1, 2002, Maher H. Hanania was appointed guardian by the Superior Court for the District of Columbia for Plaintiff Taha Elbasir.

12. Dr. Mohammed Al-Sekait is the Director of the Medical Supervision Division of the Royal Embassy of Saudi Arabia demanded that the family return to Sudan, knowing that they would be prosecuted for past political activity.

13. Thereafter, Dr. Mohammed Al-Sekait demanded that the family return to Saudi Arabia knowing that Plaintiff no longer has a work permit to work in Saudi Arabia and they would be deported to Sudan once they arrived in Saudi Arabia.

14. Presently the family has filed for political asylum in the United States. Their application has been approved.

15. The guardian sought to find a place for the family to live and continue his medical treatment as an out patient.

16. Defendant Dr. Mohammad Al-Sekait informed the guardian that if he took Plaintiffs out of the hospital he would continue financial assistance for the family's expenses and out-patient treatment.

17. The guardian in reliance on Dr. Al-Sekait oral agreement co-signed for a one year lease to an apartment for the family as a cost of over $15,000.00.

18. The guardian bought furniture for the family at a cost of $4,700.00

19. The guardian has loaned the family over $15,000.00 for personal expenses.

20. Medical bills are continuing to accumulate.

21. Defendants breached their agreement with Plaintiffs by discontinuing medical treatment and financial assistance.

22. Defendants breached their oral agreement with the court appointed guardian in failing to provide the assistance agreed upon.

   **WHEREFORE**, Plaintiffs respectfully demand the following:

A.  $10 million for personal injury and pain and suffering.

B.  $10 million for breach of the sponsorship agreement between Plaintiffs and Defendants.

C.  $2 million for breach of the agreement with court appointed guardian.

D.  Attorney fees, court costs and interest from date of judgment.

Any other such relief as this Court deems just and proper.

Respectfully submitted this 4th day of October, 2004

## PRAYER FOR JURY TRIAL

Plaintiff prays for a trial by jury on all issues herein raised.

Respectfully submitted,

*[signature]*

Maher Hanania  #464766
**HANANIA & KHEDER**
6066 Leesburg Pike, Suite 101
Falls Church, VA 22041
(703) 778-2400
Attorneys for the Plaintiff