UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TAHA ELBASIR, et al.,               )
                                    )
       Plaintiffs,                  )
                                    )
    v.                              )   Civil Action No. 04-1706 (PLF)
                                    )
KINGDOM OF SAUDI ARABIA,             )
                                    )
       Defendant.                   )
_____)

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion to dismiss [8] is DENIED without prejudice; it is

FURTHER ORDERED that on or before February 5, 2007, defendant may file a renewed motion to dismiss for lack of subject matter jurisdiction with appropriate accompanying affidavits, declarations, or other competent evidence in support of its motion;  if defendant chooses not to do so, and so advises the Court and counsel for plaintiffs in a written notice on or before February 5, 2007, it is

FURTHER ORDERED that the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Civil Rule 16.3, and submit a joint report to the Court within fifteen (15) days of the filing of the written notice, addressing those matters

set forth in the Rules, but limiting any proposed discovery to the facts necessary to resolve the jurisdictional question and proposing a briefing schedule on the issue of jurisdiction only.

SO ORDERED.

DATE:  January 4, 2007

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge